HENRY DES FOSSES et al., Respondents, *v.* SANTUCCIO RASTELLI et al., Appellants.

Argued January 5, 1955; decided March 10, 1955.

852

*Harvey E. Kates* for appellants.

*Guy O. Walser* and *Richard W. Walser* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.